**FILED**

JAN 12 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| GREGORY NIDEZ VALENCIA, Jr., <br><br>  Petitioner-Appellant, <br><br> v. <br><br> DAVID SHINN, Director; ATTORNEY GENERAL FOR THE STATE OF ARIZONA, <br><br>  Respondents-Appellees. | No.   22-15977 <br><br> D.C. No. 4:21-cv-00335-RCC <br> District of Arizona, <br> Tucson <br><br> ORDER |

Before:   CANBY and BERZON, Circuit Judges.

The request for a certificate of appealability is denied because appellant has not made a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); *see also Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003).

Any pending motions are denied as moot.

**DENIED.**